| | |
|---|---|
| 1 | DAVID L. ANDERSON |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
| | Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800 |
| 6 | San Francisco, California 94105 |
| | Telephone: (415) 977-8985 |
| 7 | Facsimile: (415) 744-0134 |
| 8 | E-Mail: Michael.Marriott@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAVAD PEIROW-SALEHI, | ) | Civil No. 5:19-cv-03039-SVK |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR A FIRST** |
| | ) | **EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY** |
| ANDREW SAUL, | ) | **JUDGMENT AS MODIFIED** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of an extremely heavy workload, including a Ninth Circuit responsive brief to complete this week, and because the undersigned has significant use or lose leave, and will be on vacation from December 20 through January 3, 2020.

1

1     The new due date for Defendant's motion for summary judgment will be
2 Wednesday, January 15, 2020.

                                        Respectfully submitted,

                                        SACKETT AND ASSOCIATES

Date: *December 16, 2019*     By:   */s/ Harvey Peter Sackett*\*
                                            HARVEY PETER SACKETT
                                            \* *By email authorization on December 16, 2019*
                                            Attorney for Plaintiff


Date: *December 16, 2019*         DAVID L. ANDERSON
                                          United States Attorney

                                  By:   */s/ Michael K. Marriott*
                                            MICHAEL K. MARRIOTT
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant


Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration


                                                      <u>ORDER</u>

APPROVED AS MODIFIED: For any further extension, Defendant must certify that it has (1) read Plaintiff's brief and (2) met and conferred with Plaintiff - either in person or by telephone, not by email - regarding Plaintiff's substantive claims.

SO ORDERED.

   DATED: December 17, 2019                    *[signature]*

                                              HONORABLE SUSAN VAN KEULEN
                                              UNITED STATES MAGISTRATE JUDGE


Stipulation to Extend Def.'s MSJ AS MODIFIED