# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAD PEIROW-SALEHI,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 19-cv-03039-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's February 28, 2020 order granting Plaintiff Javad Peirow-Salehi's motion for summary judgment, denying the Commissioner's cross-motion for summary judgment, and remanding the case for further proceedings, judgment is entered in favor of Plaintiff and against the Commissioner. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: February 28, 2020

*[signature]*

SUSAN VAN KEULEN
United States Magistrate Judge